[Civ. No. 1131. Second Appellate District.—September 21, 1912.]

DIXIE WILLIAMS, Petitioner and Respondent, v. W. D.
GAREY, as County Auditor of the County of Imperial,
State of California, Defendant and Appellant.

OFFICERS—CHANGE IN COMPENSATION DURING TERM—PRESUMPTION OF
INCREASE—CHANGE INOPERATIVE—IMPROPER WRIT OF MANDATE.—
The facts and principles in this case are the same as those in-
volved in *Williams* v. *Garey, ante,* p. 769, and the judgment is
reversed upon the authority of that case.

APPEAL from a judgment of the Superior Court of Im-
perial County. Franklin Cole, Judge.

The facts are stated and referred to in the opinion of the
court.

Phil D. Swing, District Attorney, for County Auditor, Ap-
pellant.

J. Stewart Ross, and Shaw, Ross & Dyke, for Respondent.

THE COURT.—The facts presented by the record in this
matter are identical with those in case No. 1132, entitled G.
Williams against the appellant herein, *ante,* p. 769, [127 Pac.
824], and wherein in this court an opinion was this day filed
reversing the action of the trial court had and taken therein.
Upon the authority of and for the reasons given in the opin-
ion so filed, the judgment herein is reversed and the lower
court instructed to make an order sustaining the demurrer
interposed by defendant to the petition for the writ.